IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:02CR303 |
| CHRISTOPHER T. OTT, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

UPON THE ORAL MOTION OF THE DEFENDANT and no objection from the government,

IT IS ORDERED that the hearing on the Petition for Summons for Offender Under Supervision [52] is continued to **January 9, 2008** at **1:30 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 4th day of December, 2007.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge