# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>  vs.<br>CHRISTOPHER OTT,<br>      Defendant. | 8:02CR303<br><br>ORDER |

    Defendant Christopher Ott appeared before the court on Wednesday, January 9, 2008 on a Petition for Warrant or Summons for Offender Under Supervision [52].  The defendant was represented by Assistant Federal Public Defender Julie B. Hansen and the United States was represented by Assistant U.S. Attorney Robert F. Cryne.  Defendant was not entitled to a preliminary examination and the government did not request a detention hearing.  Therefore, the defendant was released on current conditions of supervision.

    I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

    **IT IS ORDERED**:

    1.  A final dispositional hearing will be held before Judge Laurie Smith Camp in Courtroom No.2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **February 25, 2008 at 3:30 p.m.** Defendant must be present in person.

    2.  The defendant is released on current conditions of supervision.

DATED this 10th day of January, 2008.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge